# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2021

Bridget M. McCormack,
Chief Justice

162468(61)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RONNIE MOUSSA EL-ACHKAR,
                    Plaintiff,
and

OAKWOOD HEALTHCARE, INC.,
PHYSIOMATRIX, INC., GENEX
PHYSICAL THERAPY, INC.,
ELITE CHIROPRACTIC CENTER, PC,
and PRIME CARE CHIROPRACTIC, PC,
                    Intervening-Plaintiffs,

v

SENTINEL INSURANCE COMPANY, LTD.,
                    Defendant/Third-Party Plaintiff-
                    Appellant,
and

HARTFORD INSURANCE COMPANY OF
ILLINOIS,
                    Defendant,
and

HALA BAYDOUN BAZZI and MARIAM
BAZZI,
                    Third-Party Defendants,
and

CITIZENS INSURANCE COMPANY,
                    Appellee.
_____/

SC: 162468
COA: 348380
Wayne CC: 13-005965-NI

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing its reply is GRANTED. The reply will be accepted as timely filed if submitted on or before March 17, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2021



Clerk